# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Teresa Campbell,
    Plaintiff,

v.                        Case No.   1:05-cv-161

Commissioner of Social Security,
    Defendant.

# ORDER

     This matter is before the Court on the Magistrate Judge's Report and Recommendation filed June 10, 2008 recommending that Plaintiff's counsel be awarded $10,300.00 in attorney's fees. (Doc. No. 22).

     Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. See United States v. Walters, 638 F.2d 947 (6th Cir. 1981). As of the date of this Order, no objections to the Magistrate Judge's Report and Recommendation have been filed.

     Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, we find the Magistrate Judge's Report and Recommendation correct.

     Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's motion for attorney's fees (Doc. No. 21) is well-taken and is **GRANTED.** Plaintiff's counsel is awarded attorney's fees of $10,300.00.

Date: June 30, 2008                             s/Sandra S. Beckwith
                                                         Sandra S. Beckwith, Chief Judge
                                                         United States District Court